IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDRE FERGUSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendant. | Case No.  26-cv-02424-CRB<br><br>**ORDER TO SHOW CAUSE** |

On February 11, 2026, Plaintiff Andre Ferguson, proceeding pro se, filed an action in state court stemming from a funds dispute with the Defendant. See Dkt. 1-1. The case was removed to federal court on March 19, 2026. Dkt. 1. Defendant filed a motion to quash service of process, or in the alternative, to dismiss on April 27, 2026. Dkt 15. Plaintiff's opposition was due on May 11, 2026, and he failed to file. Plaintiff is **ORDERED** to show cause for why this case should not be dismissed for failure to prosecute or file an opposition to Defendants' motion.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); see Link v. Wabash R.R. Co., 370 U.S. 626, 629–30 (1962) (dismissal for failure to prosecute); Yourish v. Cal. Amplifier, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Failure to respond to this Order to Show Cause and failure to file an opposition by the deadline identified below will be found to be a failure to comply with this Court's orders and a failure to prosecute this lawsuit.

Accordingly, the Court **ORDERS** that, by no later than **June 12, 2026**, Plaintiff **SHALL EITHER** (1) file an opposition to Defendant's motion, **OR** (2) file a

United States District Court
Northern District of California

written response to this Order to Show Cause explaining why this action should not be dismissed for failure to prosecute this case or for failure to comply with this Court's directives and orders. To be clear, if Plaintiff files (by June 12, 2026) an opposition to Defendant's motion to quash or dismiss, such a filing will be deemed to be a response to this Order to Show Cause and no other written response would be necessary. Failure to do so will result in dismissal.

The Clerk is directed to mail this Order to Show Cause to Plaintiff at his address of record.

**IT IS SO ORDERED.**

Dated: May 26, 2026

CHARLES R. BREYER
United States District Judge