LAURA G. BRYS (SBN 242100)
*LBrys@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street
Suite 4100
Los Angeles, California 90017
Tel. +1 213 426 2500
Fax: +1 213 623 1673

Attorney for Defendant
**BANK OF AMERICA, N.A.**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANDRE FERGUSON,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No. 3:26-cv-02424-CRB<br><br>**~~[PROPOSED]~~ ORDER ~~GRANTING DEFENDANT BANK OF AMERICA, N.A.'S ADMINISTRATIVE MOTION TO ACCESS SEALED MATERIALS~~** |

# [PROPOSED] ORDER

The Court having fully considered Defendant Bank of America, N.A.'s Administrative Motion to Access Sealed Materials, the Court GRANTS Defendant's Administrative Motion and ORDERS Plaintiff to serve Defendant with the following documents within three (3) business days, and to serve Defendant all further filings with the Court the same day that they are submitted to the Court.

| Date filed | Docket No. | Description |
|---|---|---|
| 6/9/2026 | 18 | Received Documents |
| 6/11/2026 | 19 | Medical Record and Job Proof |

**IT IS SO ORDERED.**

Dated: July 21, 2026

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE