United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDRE FERGUSON,
Plaintiff,
v.
BANK OF AMERICA, N.A.,
Defendant.

Case No. 26-cv-02424-CRB

**ORDER AMENDING ORDER GRANTING DEFENDANT BANK OF AMERICA'S ACCESS TO SEALED MATERIAL**

On July 21, 2026, this Court issued an order granting Defendant Bank of America's ("BANA") administrative motion to access sealed materials and ordering the Plaintiff to serve the Defendant with copies of the documents at Docket No. 18 and Docket No. 19 within three business days. Order (dkt. 26). Since then, Defendant reports Plaintiff has delivered none of the ordered documents and has not responded to multiple efforts at contact. Def.'s Notice of Pl.'s Failure to Comply with Ct.'s Order and Req. for Am. Order (dkt. 27) at 2. To ensure Defendant can access the sealed documents, the Court amends its prior order granting Defendant access to the sealed documents to provide:

1. In the event that Plaintiff has not served on BANA the documents required in the Court's July 21, 2026, Order by July 24, 2026, the Clerk's Office may, under authority of this order, provide counsel for Defendant, Laura G. Brys, of Goodwin Procter LLP, 601 S. Figueroa St., Suite 4100, Los Angeles, CA 90017, access to copies of Docket No. 18 ("Received Documents") and Docket No. 19 ("Medical Record and Job Proof"), either in person or, at the Office's discretion, via email at LBrys@goodwinlaw.com.

If Laura G. Brys is unable to access the copies, Defendant's counsel can provide

notice to the Court of another attorney, along with their full name, firm affiliation, and address, and the Court will amend this order accordingly.

**IT IS SO ORDERED.**

Dated: October 15, 2026

CHARLES R. BREYER
United States District Judge



United States District Court
Northern District of California